**Ruth GEE, Independent Executrix, Petitioner,**

v.

**Thomas P. READ, Jr., Independent Executor, Respondent.**

No. B–6866.

Supreme Court of Texas.

Sept. 27, 1977.

William Andress, Jr., Dallas, Richard S. Stark, Gainesville, for petitioner.

William A. Nobles, Decatur, Wayne A. Melton, Dallas, for respondent.

PER CURIAM.

The application for writ of error is denied with the notation, "Refused. No Reversible Error." Our action should not be interpreted as approving the conclusion of the Court of Civil Appeals that the trial court committed fundamental error which may be reviewed without assignment. 551 S.W.2d 496, 501. The discussion of fundamental error was not material or necessary to the disposition of this case.